## ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DIMITRI D. DEARS, #835808,  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>LT. FREDERIC TUNAITIS, et al.,  )<br>  Defendants.  ) | 3:08-CV-1934-M |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge, and GRANTS Defendants Tunaitis, Simpson and Friddle's motion to dismiss (Doc. #17).

SO ORDERED this 4 day of May, 2009.

UNITED STATES DISTRICT JUDGE